UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

MARITZA SANTIAGO,

                                        Plaintiff,                           24-CV-04179 (SN)

                -against-                                                    ORDER

COMMISSIONER OF SOCIAL SECURITY,

                                        Defendant.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

Plaintiff filed this action pursuant to 42 U.S.C. § 405(g), seeking review of a denial of

social security benefits. The Court remanded the matter for further review by the Commissioner

of Social Security, and the Court approved a stipulation and agreement awarding Plaintiff

$949.05 in attorney's fees under the Equal Access to Justice Act (the "EAJA"), 28 U.S.C. §

2412.

Following the remand, Plaintiff received retroactive benefits from the Social Security

Administration. Thereafter, on December 5, 2025, Plaintiff's counsel filed a motion for an award

of attorney's fees pursuant to 42 U.S.C. § 406(b). See ECF No. 15. Section 406(b) permits the

Court to approve "a reasonable fee . . . not in excess of 25 percent of the . . . past-due benefits"

awarded to the plaintiff. Gisbrecht v. Barnhart, 535 U.S. 789, 795 (2002) (quoting 42 U.S.C.

§406(b)(1)(A)).

Because of the Commissioner's unique role and expertise in this area, the Court orders

the Commissioner to respond to Plaintiff's motion. In particular, the Court directs the

Commissioner to address the question of whether the fees amount to an impermissible windfall.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____ 12/8/2025 ____

See Diberardino v. Commissioner of Social Security, No. 17-cv-02868 (PKC), 2020 WL

6746828 (E.D.N.Y. Nov. 17, 2020).

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    December 8, 2025
          New York, New York

2