UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

MARITZA SANTIAGO,

                       **Plaintiff,**

       **-against-**

COMMISSIONER OF SOCIAL SECURITY,

                       **Defendant.**
-------------------------------------------------------------------X

**24-CV-04179 (SN)**

**ORDER**

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** __ 12/18/2025 __

**SARAH NETBURN, United States Magistrate Judge:**

Plaintiff filed this action pursuant to 42 U.S.C. § 405(g), seeking review of a denial of social security benefits. The Court remanded the matter for further review by the Commissioner of Social Security, and the Court approved a stipulation and agreement awarding Plaintiff $949.05 in attorney's fees under the Equal Access to Justice Act (the "EAJA"), 28 U.S.C. § 2412.

Following the remand, Plaintiff received retroactive benefits from the Social Security Administration. Thereafter, on December 5, 2025, Plaintiff's counsel filed a motion for an award of attorney's fees pursuant to 42 U.S.C. § 406(b). See ECF No. 15. Section 406(b) permits the Court to approve "a reasonable fee . . . not in excess of 25 percent of the . . . past-due benefits" awarded to the plaintiff. Gisbrecht v. Barnhart, 535 U.S. 789, 795 (2002) (quoting 42 U.S.C. §406(b)(1)(A)). Because of the Commissioner's unique role and expertise in this area, the Court ordered the Commissioner to respond to Plaintiff's counsel's motion. ECF No. 19. And on December 17, 2025, the Commissioner filed a letter indicating that he did not object to Plaintiff's counsel's motion for § 406(b) fees. ECF No. 20.

Having reviewed the December 5, 2025 motion, along with all supporting documents, the Court determines that the requested award is reasonable and recommends that attorney's fees be granted in the amount of $5,330.00, which represents less than 25% of the past-due benefits awarded to Plaintiff. Upon receipt of this sum, counsel for Plaintiff is directed to refund directly to Plaintiff the previously awarded EAJA fees of $949.05.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:        December 18, 2025
              New York, New York

2